FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2006 JAN 19 PM 1:19

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JUDY T. GERAGHTY )
)
      Plaintiff, )
)
v. )  F06 - 0002  CIV
)
UNITED STATES OF AMERICA, )  Case No. _____ CI
)
      Defendant. )
)

## COMPLAINT

Plaintiff, Judy T. Geraghty, representing herself pro se, alleges and states the following as her complaint:

### FACTS

1. That at all times mentioned herein, plaintiff Judy Geraghty was a resident of Fairbanks, Alaska in the Fourth Judicial District.

2. That at all times mentioned herein defendants Chief Andrew Isaac Health Center (hereinafter CAIHC, PA-C Miller, PA-C Carr, PA-C's Jane Doe I and II, and Dr.'s John Doe I and II were residents of Fairbanks, Alaska in the Fourth Judicial District.

3. On or about January 7, 2002 Judy Geraghty went to CAIHC at approximately 11am and was sent home at approximately 5pm. During this time she was treated by PA-C Miller and by CAIHC staff for extreme abdominal pain.

4. On or about January 8, 2002 Judy Geraghty again went to

CAIHC at approximately 9am and was sent home at approximately 5 pm. During this time she was further treated by PA-C's Miller and Carr and by CAIHC staff for extreme abdominal pain.

    5. On or about January 9, 2002 Judy Geraghty again went to CAIHC at approximately 8 am and was treated by PA-C Jane Doe and by CAIHC staff for extreme abdominal pain, until approximately 3pm when Dr. William Montano was summoned.

    6. On or about January 9, 2002 Dr. William Montano diagnosed Judy Geraghty as having a burst appendix and surgery was performed on that date.

    7. Prior to Dr. Montano's diagnosis Judy Geraghty was seen by PA-C Miller, PA-C Carr, PA-C's Jane Doe I and II, and Dr.'s John Doe I and II of the defendants, who were the PA-C's and doctors on call at her three visits to Chief Andrew Isaac Health Center.

    8. The actions of or lack of actions of the defendants resulted in a failure to timely and correctly diagnose and treat Judy Geraghty's medical condition. As a result Judy Geraghty was denied early treatment and lost the chance of early treatment and cure. The failure to timely and correctly diagnose and treat Judy Geraghty for the appendicitis attack was beneath the standard of care for PA-C's and physicians in the defendants' fields of practice in Fairbanks at and during the time Judy Geraghty used the defendants' services.

    9. The plaintiff Judy Geraghty has suffered ongoing and continuing

losses including disfigurement, pain and suffering, expenses and loss of income and will suffer such loss into the future.

10. Defendants owed a duty to Judy Geraghty, who was under defendants' care, to exercise the degree of knowledge or skill possessed or the degree of care ordinarily exercised under the circumstances, by health care providers in the field of defendants' practice.

11. The defendants failed to exercise or lacked the degree of skill or knowledge required to timely and correctly diagnose Judy Geraghty. Such failures were below the standard of care and a breach of the duties owed to Judy Geraghty by defendants.

12. As a proximate result of such failures Judy Geraghty suffered injuries that would not otherwise have occurred. The damages or injuries suffered are in an amount in excess of $100,000.00 or an amount as established by a jury at trial. Said losses or harm were and are permanent and ongoing in nature.

WHEREFORE plaintiff prays that a judgment be entered finding defendants liable and that she be awarded damages for past and future medical costs and other expenses resulting from the defendants negligence, past and future pain and suffering, past and future loss of enjoyment of life, past and future mental anguish, past and future loss of earning capacity, past and future loss of wages and disfigurement in an amount in excess of $100,000.00 or in an amount as established by the court or jury. Plaintiff further prays that she be awarded reasonable attorney fees, allowable costs, pre-judgment and post-judgment interest and such other relief as this court may find just under the circumstances.

DATED at Fairbanks, Alaska this /9th day of January, 2006.

_____
Judy T. Geraghty, Pro Se
P.O. Box 73532
Fairbanks, Alaska 99707
(907) 451-6603