_Lucy T Geraghty_ (Name)
_229 Slater Dr_ (Address)
_Fairbanks AK_ (City, State, Zip) _99707_
Telephone: _(907) 451-6603_

FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2006 JAN 19 PM 1:19

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

_Lucy T Geraghty_ )
Plaintiff )
)
vs )
_United States_ )
)
)
Defendant(s) )

**F06 - 0002 CIV**

Case No. _____

APPLICATION TO WAIVE
FILING FEE
(Non-Prisoner)

I, _Lucy T Geraghty_, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is: _medical malpractice_ and I believe I am entitled to the relief I am requesting. I agree that if I am granted this application to waive the filing fee in this case, a portion of my recovery, as directed by the court will be paid to the Clerk of the Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I make the following statement under penalty of perjury.

1. I am not presently incarcerated. **[If incarcerated, use the "Prisoner Form"]**

2. Marital Status: Single ☒  Married ☐  Divorced ☐  Separated ☐

   a. Do you pay alimony or support?    Yes ☐  No ☒
      Do you receive alimony or support?  Yes ☐  No ☒
      If either answered yes, state the amount paid or received monthly: _____

   b. Dependents:  Spouse ☐  Children ___ (number)  Other ___ (number)
      The names [for minor children use initials only] and ages of my dependent children are:

      _____ Age ___
      _____ Age ___
      _____ Age ___
      _____ Age ___

      Name [for minor child use initials only], age, relationship and basis of dependency of dependent other than child or spouse

      _____ Age ___  Relationship _____

      Basis of dependency: _____

3. Are you presently employed?  Yes ☐  No ☒

   a. If yes, what is your  Gross Income _____  Net Income _____
      Weekly ☐  Bi-Weekly ☐  Semi-Monthly ☐  Monthly ☐  (Check One)
      Employer: _____
                        (Name)
      Address _____ Telephone _____
              (Street, City, State)
      Nature of       Part Time ☐  Full Time ☐  Temporary ☐  Seasonal ☐
      Length of employment _____

   b. If no, date of last employment  July 2005
      Former Employer  ACS Communicats
                              (Name)
      Address  302 Cushman St          Telephone  459-6260
                (Street, City, State)
      What was your  Gross Income  2000/mo  Net Income _____
      Weekly ☐  Bi-Weekly ☒  Semi-Monthly ☐  Monthly ☐  (Check One)
      Nature of       Part Time ☐  Full Time ☒  Temporary ☐  Seasonal ☐
      Length of employment  5 yrs

4. Is your spouse employed?   Yes ☐   No ☒

   If yes, what is his/her:   Gross Income _____   Net Income _____

   Weekly ☐   Bi-Weekly ☐   Semi-Monthly ☐   Monthly ☐   (Check One)

   Employer: _____
   (Name)

   Address _____ Telephone _____
   (Street, City, State)

   Nature of Employment: Part Time ☐   Full Time ☐   Temporary ☐   Seasonal ☐

   Length of employment _____

5. Do you receive public assistance or unemployment benefits?   Yes ☒   No ☐

   (If yes, provide the following information)

   a. I have been on public assistance ☐   and/or received unemployment benefits ☒

      since _August 2005_
      (Month/Day/Year)

   b. I am receiving _246.00_ for myself and a household of _1_ (number)

      Weekly ☐   Bi-Weekly ☒   Semi-Monthly ☐   Monthly ☐   (Check One)

6. In the past 12 months have you received money from any of the following sources?

   a. Business, profession or self-employment   Yes ☐   No ☐

      If yes, state amount received _____

      Do you expect to receive any future income from this source?   Yes ☐   No ☒

      If yes, state the amount you expect to receive and when it is expected to be received.

      Amount: _____ Expected Receipt: _____

   b. Rental, interest or dividends (not PFD)   Yes ☐   No ☒

      If yes, state amount received _____

      Do you expect to receive any future income from this source?   Yes ☐   No ☒

      If yes, state the amount you expect to receive and when it is expected to be received.

      Amount: _____ Expected Receipt: _____

   c. Pension, annuity or life insurance payments   Yes ☐   No ☐

      If yes, state amount received _____

      Do you expect to receive any future income from this source?   Yes ☒   No ☐

      If yes, state the amount you expect to receive and when it is expected to be received.

      Amount: _unsure_  Expected Receipt: _unsure_

  d.  SSI, Disability or worker's compensation  Yes ☐  No ☐

      If yes, state amount received _____

      Do you expect to receive any future income from this source?  Yes ☐  No ☒

      If yes, state the amount you expect to receive and when it is expected to be received.

      Amount: _____ Expected Receipt: _____

  e.  Gift or inheritance  Yes ☐  No ☒

      If yes, state amount received _____

      Do you expect to receive any future gift or inheritance?  Yes ☐  No ☒

      If yes, state the amount you expect to receive and when it is expected to be received.

      Amount: _____ Expected Receipt: _____

  f.  Any other source  Yes ☐  No ☒

      If yes, state amount received _____

      Describe _____

      Do you expect to receive any future income from this source?  Yes ☐  No ☒

      If yes, state the amount you expect to receive and when it is expected to be received.

      Amount: _____ Expected Receipt: _____

7.  List all members of your household who have received the Alaska PFD in the past year.

    _____

8.  State the amount of cash (coin and currency) you have  _300_

9.  Do you have a checking account?  Yes ☒  No ☐

    If yes, current balance _480_ Account No. _354-0036_

    Bank: _Denali State Bank_
              (Name and Branch)
    _Fbks_
       (Street, City, State)

10.  Do you have an IRA, CD, savings or money market account?  Yes ☐  No ☒

    If yes, current balance _____ Account No. _____

Financial Institution: _____
                       (Name and Branch)

                       _____
                       (Street, City, State)

11. Do you own an automobile or other motor vehicle?  Yes ☒  No ☐
    a. Make: _Nissan Frontier_ Year _2005_ Model _____
    b. Current Value _17,000-_
    c. Is it financed?  Yes ☐  No ☒  Balance owed: _none_

12. Do you own any real property?  Yes ☒  No ☐
    a. If yes, describe _1 acre on Farmers Loop and my home_
    
    b. Current Value _90,000-_
    c. Is it financed?  Yes ☒  No ☐  Balance owed: _8000-_

13. Do you own any stocks, bonds, securities, financial instruments?  Yes ☐  No ☒
    a. If yes, describe _____
    b. Current Value _____

14. Do you own any other personal property?  Yes ☐  No ☐
    (If yes list each asset or item of property and give the value of each)
    a. _no_ _____ Value _____
    b. _____ Value _____
    c. _____ Value _____
    d. _____ Value _____
    e. _____ Value _____
    f. _____ Value _____
    g. _____ Value _____

15. Have you transferred, given away, or placed any property in the name of any other person during the past two years?   Yes ☐  No ☒   (If yes provide details)

   a. Property _____

             _____

   b. Value _____ Transferred to _____

   c. Reason: _____

             _____

## Declaration Under Penalty of Perjury

I hereby declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Dated: 1/19/06

*[Signature of Applicant]*