**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>   JUDY T. GERAGHTY   </u>   v.   <u>   UNITED STATES OF AMERICA   </u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                             CASE NO.  <u> 4:06-cv-00002-RRB </u>

<u> Carolyn Bollman </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: May 16, 2006</u>

      On January 19, 2006, Judy T. Geraghty, representing herself, filed an action under the Torts Claims Act in this Court.[1] On March 1, 2006, he Court granted Ms. Geraghty's application to waive the filing fee, and instructed her to complete and submit summons forms and to serve the summons and complaint within 120 days of the date she filed her complaint.[2]

      Under the Federal Rules, "[i]f service of the summons and complaint is not made upon a defendant within 120 days of the filing of the complaint, the court ... after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time ..."[3]

      Ms. Geraghty is put on notice, therefore, that she has until **May 19, 2006**, to serve defendant(s),[4] and to promptly file a return of service with the Court. Otherwise, her complaint may be dismissed, as to any unserved defendants, without further notice.

      **IT IS SO ORDERED.**

---

[1]  *See* Docket No. 1.

[2]  *See* Docket No. 4.

[3]  F<small>ED</small>. R. C<small>IV</small>. P. 4(m).

[4]  When the United States, its agencies, corporations or officers, are defendants, in addition to the defendants, the plaintiff must serve: Deborah Smith, Acting United States Attorney for the District of Alaska, 222 West 7th Ave., Mail Box 9, Anchorage, Alaska 99513; and Alberto Gonzales, Attorney General of the United States, Main Justice Building, 10th & Constitution Ave. NW, Washington, D.C. 20530. The United States defendant then has 60 days in which to respond. *See* F<small>ED</small>. R. C<small>IV</small>. P. 4(i).

[~0865783.wpd]{IA.WPD*Rev.12/96}