IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY T. GERAGHTY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 4:06-cv-00002-RRB<br><br>ORDER OF DISMISSAL |

      On January 19, 2006, Judy T. Geraghty, representing herself, filed an action under the Torts Claims Act.[1] On March 1, 2006, the Court issued an order waiving the filing fee and directing service upon the defendant, explaining what Ms. Geraghty must do in order to effect service, and informing her that she had 120 days from the date she filed her complaint to serve the complaint and summons.[2] The Court thereafter issued a minute order, giving notice to Ms. Geraghty that "she has until

---

[1] *See* Docket No. 1.

[2] *See* Docket No. 4.

**May 19, 2006**, to serve defendant(s),[3] and to promptly file a return of service with the Court."[4]

To date, Ms. Geraghty has failed to show that she has served the defendant, as required by Federal Rule of Civil Procedure 4(m).[5]

**IT IS THEREFORE ORDERED:**

Ms. Geraghty's case is DISMISSED without prejudice.

DATED this 13th day of July, 2006, at Anchorage, Alaska.

/s/RALPH   R.   BEISTLINE
United States District Judge

---

[3] When the United States, its agencies, corporations or officers, are defendants, in addition to the defendants, the plaintiff must serve: Deborah Smith, Acting United States Attorney for the District of Alaska, 222 West 7th Ave., Mail Box 9, Anchorage, Alaska 99513; and Alberto Gonzales, Attorney General of the United States, Main Justice Building, 10th & Constitution Ave. NW, Washington, D.C. 20530.  The United States defendant then has 60 days in which to respond.  *See* FED. R. CIV. P. 4(i).

[4] Docket No. 5 at 1.

[5] *See* FED. R. CIV. P. 4(m) ("[i]f service of the summons and complaint is not made upon a defendant within 120 days of the filing of the complaint, the court ... after notice to the plaintiff, shall dismiss the action without prejudice.").