**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

JUDY T. GERAGHTY,
     Plaintiff,

Case Number 4:06-cv-00002-RRB

v.

UNITED STATES OF AMERICA,
     Defendant.     **JUDGMENT IN A CIVIL CASE**

___   **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT**.

     IT IS ORDERED AND ADJUDGED:

     THAT this action is DISMISSED, without prejudice, for failure to serve, under Federal Rule of Civil Procedure 4(m).

APPROVED:

/s/RALPH R. BEISTLINE
United States District Judge

Date: July 13, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*   /s/ Ida Romack, Clerk of Court

[geraghty judgment.wpd]{JMT2.WPT*Rev.3/03}